IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MELVIN DAVID LEWIS : CIVIL ACTION
:
v. :
: No. 13-3433
JEWELL WILLIAMS, et al. :

**ORDER**

AND NOW, this 6th day of September, 2013, upon careful and independent consideration of the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski:

1. The Report and Recommendation is approved and adopted.

2. The petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 is dismissed.

BY THE COURT:

/s/ Ludwig
Edmund V. Ludwig, J.